[No. 10307-9-II.   Division Two.   March 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BERT RADER MENDENHALL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–01580–2, J. Kelley Arnold, J., entered September 9, 1986. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.